# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 26, 2021

## NO. 03-19-00146-CV

**Samuel Adjei Sarfo, Appellant**

**v.**

**Commission for Lawyer Discipline, Appellee**

### APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment of disbarment signed by the trial court on February 21, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of disbarment. Therefore, the Court affirms the trial court's judgment of disbarment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.